**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-3269-RPM

UNITED STATES OF AMERICA for the use and benefit of
AGGREGATE INDUSTRIES – WCR, INC., a Colorado corporation,

      Plaintiff,
v.

JE HURLEY CONSTRUCTION, INC., a Colorado corporation, and
GREAT AMERICAN INSURANCE COMPANY,

      Defendants.

---

**ORDER TO HOLD CASE IN ABEYANCE**

---

THIS MATTER is before the Court on the parties' Joint Motion to Hold Case in Abeyance. Having reviewed the same and finding good cause,

IT IS ORDERED that this matter shall be held in abeyance until March 31, 2015, and the parties shall advise the Court by that date whether the matter has been settled or whether the parties intend to proceed with the litigation or arbitration of this dispute.

Dated: March 2, 2015

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior Judge