**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-3269-RPM

UNITED STATES OF AMERICA for the use and benefit of
AGGREGATE INDUSTRIES – WCR, INC., a Colorado corporation,

      Plaintiff,

v.

JE HURLEY CONSTRUCTION, INC., a Colorado corporation, and
GREAT AMERICAN INSURANCE COMPANY,

      Defendants.

_____

**ORDER TO HOLD CASE IN ABEYANCE**
_____

      THIS MATTER is before the Court on the parties' Third Joint Motion to Hold Case in

Abeyance. Having reviewed the same and finding good cause,

      IT IS ORDERED that this matter shall continue to be held in abeyance until April 15, 2015,

and the parties shall advise the Court by that date as to the status of this action.

      Dated:   April 1, 2015

                          BY THE COURT:

                          s/Richard P. Matsch
                          _____
                          Richard P. Matsch,
                          Senior U.S. District Court Judge