# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-3269-RPM

UNITED STATES OF AMERICA for the use and benefit of
AGGREGATE INDUSTRIES – WCR, INC., a Colorado corporation,

Plaintiff,

v.

JE HURLEY CONSTRUCTION, INC., a Colorado corporation, and
GREAT AMERICAN INSURANCE COMPANY,

Defendants.

## ORDER DISMISSING ACTION WITH PREJUDICE

THIS MATTER is before the Court on the parties' Joint Motion to Dismiss Action with Prejudice. Having reviewed the same and finding good cause,

IT IS ORDERED that the motion is granted and this action is hereby dismissed with prejudice, subject to the reservation of claims and defenses as set forth in the motion, and the parties shall bear their own costs and attorney fees.

Dated: April 6th, 2015

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge